UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ALEC CERULLO

    v.       CA 14-364 ML

ASHBEL T. WALL

## MEMORANDUM AND ORDER

On March 16, 2015, this Court issued a Memorandum and Order wherein Plaintiff was permitted a second opportunity to file an amended complaint. The Court advised Plaintiff that such amended complaint was to be filed on or before April 3, 2015, and that if no such amended complaint were to be filed by that date, the Court would dismiss the Complaint.

As of this writing, Plaintiff has not filed an amended complaint. The matter is therefore DISMISSED.

SO ORDERED:

*/s/ Mary M. Lisi*
Mary M. Lisi
United States District Judge
April 9, 2015